UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HAROLD STONE and JOHN WOESTMAN,
for themselves and others similarly-situated, and
UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL
UNION, AFL-CIO-CLC,

    Plaintiffs,

SIGNODE INDUSTRIAL GROUP LLC and
ILLINOIS TOOL WORKS INC., jointly and severally,

    Defendants.

Case No. 17-cv-5360
Class Action

U.S. District Judge
Thomas M. Durkin

**PLAINTIFFS' PROPOSED (1) JUDGMENT AS TO LIABILITY AND
STAY OF PROCEEDINGS AND (2) PERMANENT INJUNCTION
[FOR THE MARCH 21, 2019 CONFERENCE]**

The parties were unable to agree to proposed orders. As a result, plaintiffs ask the Court to issue **(1)** its judgment as to liability and stay of proceedings (proposed in Exhibit 1) and **(2)** its permanent injunction (proposed in Exhibit 2).

Our proposed injunction is modeled in part on similar injunctions in other retiree healthcare cases. See **(1)** *Hargrove v. EaglePicher Corp.*, 852 F.Supp.2d 851, 857, at ¶¶27-28 (E.D. Mich. 2012) ("Defendant shall comply with its CBA obligations regarding retirement healthcare. Defendant shall promptly restore the *status quo ante*" and provide the retirees with the "healthcare benefits in force [before defendant's unilateral change in breach of the CBAs and ERISA]…and shall continue to provide these healthcare benefits…for the lifetime of each" retiree and spouse) and **(2)** *USW v. Kelsey-Hayes Co.*, 2013 WL 2435079 at *4 (E.D. Mich.) ("Defendants shall: A. Fully comply with their obligations under the LMRA and ERISA to

1

provide" the retiree healthcare promised in the CBAs; "B. Promptly restore the *status quo ante* by reinstating the promised healthcare; C. Continue to provide the promised healthcare" for the "lifetime of each" retiree and spouse).

      Plaintiffs propose Exhibits 1 and 2 in aid of the conference set by the Court for March 21, 2019.

| | |
|---|---|
| | s/John G. Adam_____ |
| Stephen A. Yokich (IL 6181707) | Stuart M. Israel (P15359) |
| George A. Luscombe III | John G. Adam (P37205) |
| Dowd, Bloch, Bennett, Cervone, | Legghio & Israel, P.C. |
|    Auerbach & Yokich | 306 South Washington, Suite 600 |
| 8 S. Michigan Ave., 19th Floor | Royal Oak, MI 48067 |
| Chicago, IL 60603 | (248) 398-5900 |
| (312) 372-1361 | israel@legghioisrael.com |
| syokich@laboradvocates.com | jga@legghioisrael.com |
| gluscombe@laboradvocates.com | |
| | Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

      I certify that on March 20, 2019, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system which will send notification of filing to all participating in the CM/ECF system.

                                                          s/John G. Adam  
                                                          John G. Adam