# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HAROLD STONE and JOHN WOESTMAN,
for themselves and others similarly-situated, and
UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL
UNION, AFL-CIO-CLC,

    Plaintiffs,

v.

SIGNODE INDUSTRIAL GROUP LLC and
ILLINOIS TOOL WORKS INC., jointly and severally,

    Defendants.

Case No. 17-cv-5360
Class Action

U.S. District Judge
Thomas M. Durkin

**[PROPOSED] JUDGMENT AS TO LIABILITY AND STAY OF PROCEEDINGS**

Plaintiffs Harold Stone and John Woestman, for themselves and others similarly situated, and United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO-CLC, (the "plaintiffs"), moved for summary judgment and a permanent injunction against defendants Signode Industrial Group LLC and Illinois Tool Works Inc. (the "defendants"), pursuant to Rules 56 and 65. (R. 35-37). The Court granted plaintiffs' motion on March 13, 2019 (R. 55) and held a March 15, 2019 conference with counsel (R. 57-58).

The Court vacates its March 13, 2019 judgment (R. 56), enters this judgment as to liability, and stays further proceedings as follows.

**Judgment As To Liability**

Judgment as to liability is entered in favor of plaintiffs against defendants Signode Industrial Group, LLC and Illinois Tool Works Inc.

1

## Stay of Proceedings

At the March 15, 2019 conference, defendants stated they intend to appeal this Court's permanent injunction to the Seventh Circuit Court of Appeals, and the parties agreed to stay further proceedings pending that appeal, therefore:

**IT IS ORDERED THAT**: **(1)** further proceedings as to damages and other remedies are stayed pending resolution of the defendants' appeal in the Seventh Circuit; **(2)** upon resolution of the appeal in the Seventh Circuit, the Court shall hold a conference and set appropriate deadlines for further proceedings, including those related to additional remedies, damages discovery, class certification, requests for fees, costs, and expenses; and **(3)** this stay shall not impair plaintiffs' right to enforce the Court's permanent injunction.

_____
Honorable Thomas M. Durkin
United States District Judge

Dated: _____

2