IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAROLD STONE and JOHN WOESTMAN, for themselves and others similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC, <br><br>      *Plaintiffs*, <br><br>v. <br><br>SIGNODE INDUSTRIAL GROUP LLC and ILLINOIS TOOL WORKS INC., <br><br>      *Defendants*. | No. 1:17-cv-05360 <br><br> Hon. Thomas M. Durkin <br><br> Magistrate Susan E. Cox |

## DECLARATION OF PATRICIA CHIDIAC

I, Patricia Chidiac, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Senior Vice President, Human Resources at Signode Industrial Group, LLC ("Signode"). I have held that position since August 2017. Before starting in my current role, I worked in various other roles at Signode since January 1, 2014.

2. I make this declaration in support of Defendants' Motion to Stay Injunction Pending Appeal based on my own personal knowledge. If called upon as a witness, I could and would testify competently regarding the matters addressed in this declaration.

3. As Signode's Senior Vice President, Human Resources, my duties include ultimate responsibility for all aspects of Signode's human resources and employee benefit matters. This includes the costs associated with Signode's employee benefit plans.

4. Signode has estimated that it will cost approximately $1.3 million to $1.5 million

per year to comply with the Court's order to reinstate health insurance benefits for the retirees and surviving spouses who are part of the putative class in this case.

5. The costs associated with the reinstatement of that coverage will involve obtaining coverage, finding and offering re-enrollment to eligible participants, expending costs for plan administration, and paying for the majority of the cost of the benefits for those eligible participants who elect to reinstate their coverage.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2019, at Glenview, IL

_____
Patricia Chidiac