# EXHIBIT A

| | |
|---|---|
| **From:** | Torres, Joseph J. |
| **To:** | John Adam; "Stephen A. Yokich" |
| **Subject:** | Reinstatement timeline |
| **Date:** | Monday, May 13, 2019 1:22:37 PM |
| **Attachments:** | Document (2).docx |
| | ATT00001.txt |

See attached.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

DATA COLLECTION (30 days)

- Send out information request to participants to see if they are interested
- Do preliminary benefit and cost work-up with Administrator (UMR currently)
- Get consent to share Confidential Personal Information

UNDERWRITING THE PROGRAM (30 days)

- Take the confidential participant information (name, age, sex, social sec number, dependents/spouse) to the insurers to underwrite:
    - the administrator
    - the stop loss provider and
    - the drug provider
- Obtain 3 separate quotes
- Consolidate information with the estimated claim costs
- Calculate the estimated price for the participants

MATERIALS PREPARATION (30 days)

- Prepare open enrollment materials and doctor list and circulate to participants
- Identify "GO Live" date

ENROLLMENT PERIOD (30 days)

- Prepare participant mailing
- Provide 2 week response window
- Account for time in return mail

DATA ENTRY & SYSTEM TESTING (30-60 days)

- Once the participant materials come back, enter participant data into the system
- Test/coordinate environments has to be tested/coordinated to be sure that the:
    - 3 carriers can communicate on the software platform and
    - functionality of the software to this benefit program is accurate.