# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

November 20, 2019

| Before: | DIANE S. SYKES, Circuit Judge |
| | DAVID F. HAMILTON, Circuit Judge |
| | MICHAEL B. BRENNAN, Circuit Judge |

| No. 19-1601 | HAROLD STONE, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>SIGNODE INDUSTRIAL GROUP LLC and ILLINOIS TOOL WORKS INC,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-05360<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)