UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 20-0008

Pursuant that to the Executive Committee Order entered on February 24, 2020 the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable John F. Kness; therefore

IT IS HEREBY ORDERED that the attached list of 313 cases be reassigned to the Honorable John F. Kness; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable John F. Kness' webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable John F. Kness to the Court's civil case assignment system during the next business day, so that he shall receive a full share of such cases.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 28th day of February, 2020

1

**Civil Cases Reassigned to Judge Kness from Judge Alonso**

| | |
|---|---|
| 1:17-cv-00999 | McMillen v. Obaisi et al |
| 1:17-cv-06295 | Esaw v. Comcast Cable Communications Management, LLC |
| 1:18-cv-03523 | Blue Water Shipping U.S., Inc. et al v. Locke Transportation, Inc. |
| 1:18-cv-03809 | Thurston v. Aguinaldo et al |
| 1:18-cv-07250 | Jones et al v. BRG Sports, Inc. |
| 1:18-cv-08296 | Emmanouil v. West Aurora School District 129 |
| 1:19-cv-02503 | York v. Equifax Information Services, LLC et al |
| 1:19-cv-03205 | Anemone et al v. Interstate Management Company, LLC |
| 1:19-cv-05450 | Harvey v. City of Chicago et al |
| 1:19-cv-05935 | Reed v. Dart et al |
| 1:19-cv-07457 | IVEC Systems, LLC v. Abicor Binzel USA, Inc. |
| 1:20-cv-00220 | Chenyan v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:20-cv-00832 | Adams v. Lonestar IT Solutions, LLC |

**Civil Cases Reassigned to Judge Kness from Judge Aspen**

| | |
|---|---|
| 1:18-cv-05132 | Thomas v. City of Chicago et al |
| 1:19-cv-01586 | Ademi v. Aramark Campus LLC |
| 1:19-cv-04210 | Lara et al v. Act Appraisal, Inc. |
| 1:19-cv-06646 | Saulsberry v. Baldwin et al |
| 1:19-cv-06071 | Hayes v. Advocate Health Care Network |
| 1:20-cv-00215 | Chicago Premium Steaks, LLC v. International Food Service Purchasing Group Inc. |
| 1:20-cv-00595 | Currie Motors Chevrolet, Inc. et al v. Castle Chevrolet, Inc. et al |

**Civil Cases Reassigned to Judge Kness from Judge Blakey**

| | |
|---|---|
| 1:14-cv-01558 | United States of America, et al. v. Walgreen Co., et al. |
| 1:17-cv-05609 | Miller v. Rauner et al |
| 1:18-cv-00201 | Santander Bank, N.A. v. New City Historic Auto Row LLC et al |
| 1:18-cv-04665 | Byrd v. City of Chicago et al |
| 1:18-cv-05475 | Bobel v. Ledvora et al |
| 1:18-cv-06288 | Davis v. Wexford Health Source, Inc et al |
| 1:19-cv-00888 | Ruddy v. Ortiz |
| 1:19-cv-01780 | Obrzut et al v LVNV Funding, LLC et al |
| 1:19-cv-02940 | Midwest Operating Engineers Welfare Fund et al v. Sanders Landscaping Incorporated, a dissolved Illinois corporation |
| 1:19-cv-04640 | Townsend v. FedEx Freight Corporation |
| 1:19-cv-05654 | Ramirez et al v. The Tequilla Corporation et al |
| 1:19-cv-06715 | Witz v. Great Lakes Educational Loan Services, Inc. |
| 1:19-cv-07784 | Brown v. Cook County Jail 26th California et al |

## Civil Cases Reassigned to Judge Kness from Judge Bucklo

| | |
|---|---|
| 1:17-cv-04752 | Jones v. Cook County Jail et al |
| 1:18-cv-01929 | Simpson v. Medin |
| 1:18-cv-04325 | Brit UW Limited For And On Behalf of Lloyd's Syndicate 2987 v. 1013 N. Honore, LLC et al |
| 1:18-cv-08513 | Batchelor v. City of Chicago et al |
| 1:19-cv-02560 | Price v. McCoy et al |
| 1:19-cv-04277 | Price v. Kramer et al |
| 1:19-cv-05175 | Morales v. Goodwin & Associates Hospitality Services, LLC |
| 1:19-cv-05233 | Central Laborers' Pension Fund et al v. Weaver Construction, Inc. |
| 1:19-cv-06766 | Martin v. Mid-Central Carrier, Inc. et al |
| 1:19-cv-07113 | Travelers Casualty Insurance Company of America v. Blackhall Construction Co. et al |
| 1:19-cv-07977 | Jurenka v. Aetna Life Insurance Company |
| 1:19-cv-08393 | Trustees of the Chicago Painters and Decorators Pension Fund et al v. Universal Painting Services, LLC |
| 1:20-cv-00742 | Presutti v. Aperion Care, Inc. |
| 1:19-cv-00132 | Wilbourn v. City of Chicago et al |

## Civil Cases Reassigned to Judge Kness from Judge Chang

| | |
|---|---|
| 1:15-cv-02937 | Ploss v. Kraft Foods Group, Inc. et al |
| 1:17-cv-08888 | Tate v. Dart et al. |
| 1:17-cv-09372 | Sabuco v. Pecelunas |
| 1:18-cv-05938 | Carr v. City of Chicago et al |
| 1:18-cv-06017 | Michael Arquero v. City of Chicago et al |
| 1:18-cv-08273 | Oliver v. Saul |
| 1:19-cv-02035 | Velez v. Chavez et al |
| 1:19-cv-02605 | Kasongo v. American General Life Insurance Company |
| 1:19-cv-04706 | Rios v. Thompson et al |
| 1:19-cv-05998 | Hejna v. Saul |
| 1:19-cv-07183 | Nordstrom v. Dial Senior Management, Inc. |
| 1:19-cv-08295 | Cohan v. Aimbridge Hospitality, LLC |
| 1:20-cv-00485 | Huber v. Naperville City et al |

## Civil Cases Reassigned to Judge Kness from Judge Coleman

| | |
|---|---|
| 1:17-cv-00970 | J.S.T. Corporation v. Robert Bosch GMBH et al |
| 1:18-cv-00716 | Jones v. Trunzo et al |
| 1:18-cv-03435 | Loventhal v. Select Portfolio Servicing, Inc. |
| 1:18-cv-06744 | Roger v. Cooper Technica, Inc. et al |
| 1:18-cv-08013 | Panoramic Stock Images LTD. v. Skyworks, LLC. et al |
| 1:19-cv-00941 | Wi-LAN Inc. et al v. Motorola Mobility LLC et al |
| 1:19-cv-03390 | MAC Funding Corporation v. Deep South Laser, LLC et al |
| 1:19-cv-03961 | Warren v. Valdez et al |
| 1:19-cv-05465 | Allen v. Board of Trustees Rock Valley College et al |
| 1:19-cv-06701 | IOU Central, Inc. v. I M Electric, Incorporated et al |
| 1:19-cv-07675 | Diamond Services Management Company LLC et al v. C&C Jewelry Manufacturing, Inc. et al |
| 1:19-cv-08468 | E-Link Technology Co. Ltd. v. Shenzhen Chitado Technology Co. Ltd. et al |
| 1:20-cv-00658 | Knipex Tools, LP v. Booth et al |

**Civil Cases Reassigned to Judge Kness from Judge Dow**

| | |
|---|---|
| 1:15-cv-04144 | Paulsen v. Abbott Laboratories et al |
| 1:17-cv-02120 | Walgreen Co. v. Panasonic Healthcare Corporation of North America |
| 1:17-cv-03707 | Roldan v. Cicero et al |
| 1:18-cv-00282 | Travis v. Illinois Department of Corrections et al |
| 1:18-cv-03794 | Flores v. Dart et al |
|     1:19-cv-01863 | Flores v. McKenzie |
|     1:19-cv-01987 | Flores v. Guzman et al |
| 1:19-cv-00521 | Hernandez v. IIR, Inc. et al |
| 1:19-cv-02441 | Bouto v. Guevara et al |
| 1:19-cv-04204 | Jackson v. Beyer et al |
| 1:19-cv-05626 | Hayes v. General Mills, Inc. et al |
| 1:19-cv-06733 | Romero v. BMO Harris Bank, N.A. |
| 1:19-cv-07536 | Deutsche Leasing USA, Inc. v. Supertech Machining, Inc. et al |
| 1:19-cv-08363 | Carrizales v. Experian Information Solutions, Inc. et al |
| 1:20-cv-00649 | Calvin Klein Trademark Trust et al v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |

**Civil Cases Reassigned to Judge Kness from Judge Durkin**

| | |
|---|---|
| 1:16-cv-02749 | Elliott v. Garrelts et al |
| 1:17-cv-05360 | Stone et al v. Signode Industrial Group LLC et al |
| 1:17-cv-09025 | Woods v. Dart et al |
| 1:18-cv-06129 | Gonzalez v. Saul |
| 1:18-cv-07348 | Edwards v. Brown et al |
| 1:19-cv-01711 | Securities Exchange Commission v. River North Equity LLC et al |
| 1:19-cv-03829 | Ivy Bell v. State of Illinois Department of Human Services |
| 1:19-cv-05283 | Milazzo v. Rolling Frito-Lay Sales, LP et al |
| 1:19-cv-05975 | ABB, Inc. v. Travelers Casualty and Surety Company |
| 1:19-cv-06530 | Cardoso v. Walmart Inc. |
| 1:19-cv-07737 | Jordan v. Saul |
| 1:20-cv-00076 | Patton v. Rhee et al |
| 1:20-cv-00839 | Nicholas v. Receivables Management Partners, LLC |

**Civil Cases Reassigned to Judge Kness from Judge Ellis**

| | |
|---|---|
| 1:14-cv-09631 | Williams et al v. QN Corporation et al |
| 1:18-cv-00620 | Commodity Futures Trading Commission v. Zhao |
| 1:18-cv-01798 | Ward v. Brown et al |
| 1:18-cv-06221 | Stingley v. Laci Transport, Inc. et al |
| 1:18-cv-06992 | Sturdivant v. Cook County of Department of Corrections et al |
| 1:19-cv-03326 | Johnson v. City of Chicago et al |
| 1:19-cv-03503 | Lietz v. Piccione et al |
| 1:19-cv-05183 | Ademiju v. United States of America |
| 1:19-cv-05240 | Huntington National Bank, The v. Stella's Real Estate, LLC et al |
| 1:19-cv-06503 | Otero v. Guzman et al |
| 1:19-cv-07421 | Pro Music Group, LLC v. Kensium Solutions, LLC |
| 1:19-cv-08235 | Colbert Jones v. Navient Solutions, LLC |
| 1:20-cv-00481 | Martinez v. Saul |

**Civil Cases Reassigned to Judge Kness from Judge Feinerman**

| | |
|---|---|
| 1:16-cv-02485 | Groves v. United States of America |
| 1:18-cv-00723 | Knox v. Curtis et al |
| 1:18-cv-04651 | Weifang Tengyi Jewelry Trading Co. Ltd v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:18-cv-07240 | Dean v. Metro Staffing |
| 1:18-cv-07131 | Rodriguez v. Bau of Illinois, Inc. et al |
| 1:19-cv-02437 | Sanchez v. The Village of Wheeling et al |
| 1:19-cv-03388 | Blackburn v. AIM Integrated Logistics, Inc., a foreign corporation |
| 1:19-cv-03791 | Ewing et al v. Carrier et al |
| 1:19-cv-04923 | Martinez v. Northwestern Memorial Healthcare |
| 1:19-cv-05349 | Cooper v. Dart et al |
| 1:20-cv-00121 | MSM Design and Engineering LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:20-cv-00304 | Oraldent Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" |
| 1:20-cv-00686 | Gilyana v. Saul |

**Civil Cases Reassigned to Judge Kness from Judge Gettleman**

| | |
|---|---|
| 1:16-cv-11073 | Duncan Bell v. P.O. Curtis Sellers'; et al |
| 1:18-cv-00910 | Gomez, Independent Administrator v. Village of Forest Park et al |
| 1:18-cv-01357 | U.S. Equal Employment Opportunity Commission v. Chicago Meat Authority, Inc. |
| 1:18-cv-04317 | Mitchell v. Watson |
| 1:18-cv-07659 | Patrick et al v. SBX Management Corp. |
| 1:19-cv-02266 | Owens v. Taylor et al |
| 1:19-cv-04048 | Ader v. Federal Bureau of Investigation et al |
| 1:19-cv-03972 | Navigators Specialty Insurance Company v. B.D. McClure & Associates, Ltd. |
| 1:19-cv-05516 | Central States, Southeast and Southwest Areas Health and Welfare Fund et al v. Actin Contracting, LLC |
| 1:19-cv-05937 | Lindsey v. Chraca et al |
| 1:19-cv-07948 | Schaaf v. Discover Bank et al |
| 1:19-cv-08449 | Milisavljevic v. Midland Credit Management, LLC et al |
| 1:20-cv-00432 | Republic Technologies (NA), LLC et al v. Maxtra Inc. et al |

**Civil Cases Reassigned to Judge Kness from Judge Gottschall**

| | |
|---|---|
| 1:16-cv-05652 | Magee v. McDonald's Corporation |
| 1:13-cv-05651 | Young v. City of Chicago et al |
| 1:17-cv-08657 | Willis v. Northern Illinois Gas Company et al |
| 1:18-cv-00331 | Asani v. Dee et al |
| 1:18-cv-05386 | Williams-Bell v. British Standards Institution, Inc. |

**Civil Cases Reassigned to Judge Kness from Judge Guzman**

| | |
|---|---|
| 1:18-cv-05381 | Alicea et al v. County of Cook et al |
| 1:19-cv-01481 | Glowinski v. Rare Hospitality Management et al |
| 1:19-cv-03978 | New NGC, Inc. et al v. Alpinebay, Inc. |
| 1:19-cv-08267 | Brovko v. Wolf et al |
| 1:19-cv-08359 | Mathews v. Fox College, Inc et al |
| 1:19-cv-08434 | Watkins-Simpson v. Mitsubishi Electric U.S., Inc. et al |
| 1:20-cv-00217 | Tastemaker Ventures LLC v. Seven S.p.A. |

**Civil Cases Reassigned to Judge Kness from Judge Kendall**

| | |
|---|---|
| 1:18-cv-02373 | Henry v. Dart et al |
| 1:18-cv-05050 | Treshuk v. Whole Foods Market Group, Inc. |
| 1:19-cv-00190 | Bodenstein v. XPO Logistics, Inc. |
| 1:19-cv-01735 | Iron Workers Local No. 25 Pension Fund, et al., v. Diplomat Pharmacy, Inc. et al |
|     1:19-cv-02631 | William Riehm v. Diplomat Pharmacy, Inc. et al |
|     1:19-cv-02635 | David Prentice v. Diplomat Pharmacy, Inc. et al |
| 1:19-cv-03903 | O'Donnell v. Walgreens Company |
| 1:19-cv-04618 | Santos v. USI Solutions, Inc. |
| 1:19-cv-06105 | Matthews v. Estes Express Lines, Inc. |
| 1:19-cv-06355 | United States of America v. Miller et al |
| 1:19-cv-07424 | Katzel v. Merchants Credit Guide Company |
| 1:19-cv-07589 | McLemore v. The Tudor Gables Building Corporation et al |
| 1:19-cv-08395 | Oussafi v. Pompeo et al |
| 1:20-cv-00066 | Caprio v. Fleming et al |
| 1:20-cv-00925 | Acuity v. Operations & Capital Partners LLC |

**Civil Cases Reassigned to Judge Kness from Judge Kennelly**

| | |
|---|---|
| 1:18-cv-00268 | Campbell-Salahuddin v. Ford Motor Company et al |
| 1:18-cv-03631 | Ortega v. Lashbrook et al |
| 1:18-cv-07466 | Hancock et al v. R. J. & R. Trucking & Excavating, Inc. |
| 1:19-cv-00002 | Castillo v. United Parcel Service |
| 1:19-cv-03303 | Schultz et al v. Walmart Inc. |
| 1:19-cv-04364 | House v. Chicago Board of Education |
| 1:19-cv-05063 | Roor International BV et al v. Smoke Shop et al |
| 1:19-cv-05511 | Bailey v. University of Chicago Hospitals |
| 1:19-cv-06552 | R. et al v. Township High School District 113 et al |
| 1:19-cv-06765 | Orsini v. Anselmo, Lindberg and Associates LLC |
| 1:19-cv-07745 | Muhammad v. Humble Fashion, LLC |
| 1:20-cv-00275 | Sream, Inc. et al v. DISCOUNT SMOKE ZONE, INC et al |
| 1:20-cv-00936 | Trakselis v. Arresting Officer Justice Police IL et al |

**Civil Cases Reassigned to Judge Kness from Judge Kocoras**

| | |
|---|---|
| 1:18-cv-02468 | Kresch et al v. Northeast Illinois Regional Commuter Railroad Corp. et al |
| 1:18-cv-06156 | Great West Casualty Company v. Evans Delivery Company, Inc. et al |
| 1:18-cv-08328 | Karlson et al v. Conagra Brands Inc. et al |
| 1:19-cv-01256 | Szuflita v. Lincare, Inc. |
| 1:19-cv-02923 | Ortiz et al v. Foxx et al |
| 1:19-cv-02981 | Malibu Media, LLC v. Doe |
| 1:19-cv-04896 | Medlin v. Wells Fargo Home Mortgage, Inc., et al |
| 1:19-cv-05135 | Strike 3 Holdings, LLC v. John Doe |
| 1:19-cv-06110 | Malone v. City of Chicago, Commission on Human Relations et al |
| 1:19-cv-06184 | Draw 27 Holdings LLC v. Reis & Irvy's, Inc. |
| 1:19-cv-07413 | Coleman v. Roberson et al |
| 1:20-cv-00118 | Trustees of the Local 701 IBEW Retirement Savings Fund v. Moritz et al |
| 1:20-cv-00840 | United States Fire Insurance Company v. Peace Village et al |

**Civil Cases Reassigned to Judge Kness from Judge Lee**

| | |
|---|---|
| 1:14-cv-06633 | Quinn v. Wexford Health Sources Inc. et al |
| 1:17-cv-09251 | LaRumbe v. County Sheriff Vargas |
| 1:18-cv-00552 | Hardy v. Illinois Nurses Association |
| 1:18-cv-05539 | Laborers' Pension Fund et al v. ASC Insulation, Fireproofing and Supplies Inc. et al |
| 1:18-cv-05652 | Melendez v. Dart et al |
| 1:19-cv-00295 | Sabo v. ExxonMobil Corporation et al |
| 1:19-cv-00343 | Knox v. Luke |
| 1:19-cv-03281 | House v. Hickey et al |
| 1:19-cv-05242 | Brinley Holdings Inc et al v. Husch Blackwell LLP et al |
| 1:19-cv-06579 | Jindra v. Sodexo, Inc. |
| 1:19-cv-07557 | Bass v. Sgt. A. Dakuras et al |
| 1:19-cv-08223 | Fleming v. Dart et al |
| 1:20-cv-00294 | Prince et al v. Bridge et al |

**Civil Cases Reassigned to Judge Kness from Judge Lefkow**

| | |
|---|---|
| 1:17-cv-03684 | Laborers' Pension Fund et al v. B & W Specialized Drilling, Inc. et al |
| 1:17-cv-07931 | Scalia v. AEU Benefits, LLC et al |
|    1:18-cv-00108 | Black Wolf Consulting, Inc. v. AEU Benefits, LLC et al |
|    1:18-cv-08158 | Receivership Management, Inc. v. Locke Lord LLP |
|    1:18-cv-08167 | Receivership Management, Inc. as Independent Fiduciary v. AEU Holdings, LLC et al |
|    1:19-cv-01385 | Receivership Management, Inc. as Independent Fiduciary v. A.J. Corso & Associates, Inc. et al |
|    1:19-cv-04723 | Receivership Management, Inc. as Independent Fiduciary v. Assurance Plan Administrators, LLC |
| 1:19-cv-01438 | INTL FCStone Financial Inc. v. Jacobson et al |
|    1:19-cv-01629 | INTL FCStone Financial Inc. v. Farmer et al |
| 1:19-cv-01833 | Crestbrook Insurance Company v. Freeman et al |
| 1:19-cv-02555 | Scottsdale Insurance Company v. Pallets 4 Less, Inc. et al |
| 1:20-cv-00157 | Grayer et al v. City of Chicago, The et al |
| 1:19-cv-07889 | Willock v. Dutch Inn West, Inc |

**Civil Cases Reassigned to Judge Kness from Judge Leinenweber**

| | |
|---|---|
| 1:16-cv-05827 | LCCS Group v. A.N. Webber Logistics, Inc. et al |
| 1:17-cv-09247 | Peters v. Tambrini et al |
| 1:18-cv-04544 | Anderson v. DePaul University |
| 1:19-cv-02821 | Teamer v. City Colleges of Chicago et al |
| 1:19-cv-03166 | Durst Phototechnik AG v. Spartanics, LTD. |
| 1:19-cv-06348 | Fernandez v. Frutos et al |
| 1:19-cv-08400 | Trustees of the Chicago Painters and Decorators Pension Fund et al v. D.E.S. Painting, Inc. |

## Civil Cases Reassigned to Judge Kness from Judge Norgle

| | |
|---|---|
| 1:15-cv-11890 | Clark v. Law Offices of Terrence Kennedy |
| 1:17-cv-06060 | Hatchett v. Wexford Health Services, Inc. et al |
| 1:18-cv-02093 | MemberSelect Insurance Company v. Tesla, Inc. |
| 1:18-cv-03916 | Stewart v. Credit Control, LLC et al |
| 1:18-cv-03989 | Scatchell v. Village of Melrose Park, et al |
| 1:18-cv-07233 | Termini v. Target Corporation |
| 1:19-cv-01281 | Howard v. City of Chicago et al |
| 1:19-cv-03753 | Village Green Management Company v. Robinson |
| 1:19-cv-05360 | Enclave Audio Limited v. BenQ America Corp. |
| 1:19-cv-06476 | Central Laborers' Pension Fund et al v. Universal Asbestos Removal, Inc. |
| 1:19-cv-07512 | HB Productions, Inc. v. Does 1-20 |
| 1:19-cv-07872 | Jackson v. American Osteopathic Association |
| 1:20-cv-00509 | Walsh v. Wolf et al |

## Civil Cases Reassigned to Judge Kness from Judge Pacold

| | |
|---|---|
| 1:19-cv-06546 | Torres v. United States of America et al |
| 1:19-cv-06615 | Watkins v. City of Chicago et al |
| 1:19-cv-06674 | Edwards v. Balash Advertising, Inc. et al |
| 1:19-cv-07002 | HB Productions, Inc. v. Does 1-25 |
| 1:19-cv-07504 | Aon plc et al v. Infinite Equity, Inc. et al |
| 1:19-cv-07700 | Lopez v. Rentgrow, Inc. |
| 1:19-cv-07940 | Dean v. Ron Staffing Service Inc. |
| 1:20-cv-00004 | Ademiju v. United States Attorney General et al |
| 1:20-cv-00102 | Hanover Insuance Company, The v. Taylor et al |
| 1:20-cv-00358 | Gravin v. Riddle et al |
| 1:20-cv-00750 | Waukegan Potawatomi Casino, LLc v. City of Waukegan |
| 1:20-cv-00819 | Gordon v. Skokie Criminal Courthouse et al |
| 1:20-cv-00942 | United States of America v. Subway Real Estate, LLC |

## Civil Cases Reassigned to Judge Kness from Judge Pallmeyer

| | |
|---|---|
| 1:17-cv-02853 | Stevens v. U.S. Immigration and Customs Enforcement |
| 1:18-cv-00079 | Dejohn v. Dollar Tree Stores, Inc. |
| 1:18-cv-07503 | Sanchez et al v. Village of Bolingbrook et al |
| 1:19-cv-01939 | Sacred Holdings, Inc. v. Sacred Leaf, L.L.C. |
| 1:19-cv-04698 | Wilkins Jr. v. Illinois Department of Human Services |
| 1:19-cv-08508 | Bartlit Beck LLP v. Okada |
| 1:20-cv-00680 | Chowdhry et al v. Wolf et al |

## Civil Cases Reassigned to Judge Kness from Judge Rowland

| | |
|---|---|
| 1:19-cv-05979 | Laborers' Pension Fund et al v. Norridge Sewer & Water Construction, Inc. |
| 1:19-cv-06151 | Enge v. Dethrow et al |
| 1:19-cv-06411 | Lozano et al v. City of Zion et al |
| 1:19-cv-06580 | Uldrych v. Magee et al |
| 1:19-cv-06925 | Trapp v. SDI Enterprises et al |
| 1:19-cv-07527 | Foster v. Illinois Deepartment of Children and Family Services |
| 1:19-cv-07760 | Sheikh v. Pompeo et al |
| 1:19-cv-07980 | Republic Technologies (NA), LLC et al v. Rayyan International, Inc et al |
| 1:19-cv-08348 | Bordelais v. Kuhn et al |
| 1:20-cv-00084 | Muhammad v. Croix Retail, Inc. |
| 1:20-cv-00274 | Sream, Inc. et al v. Zara Enterprises Inc. et al |
| 1:20-cv-00621 | Marrougi v. Saul |
| 1:20-cv-00758 | Boileve v. IQVIA Inc. |

## Civil Cases Reassigned to Judge Kness from Judge Seeger

| | |
|---|---|
| 1:19-cv-04515 | Bill Casey Electric Sales, Inc. v. Citizens Insurance Company of America a member of The Hanover Insurance Group |
| 1:19-cv-04598 | Harris v. County of Cook et al |
| 1:19-cv-05366 | Roor International BV et al v. Smoke & Vape et al |
| 1:19-cv-06490 | Cullotta v. United Surgical Partners International, Inc. et al |
| 1:19-cv-06561 | Clemons v. Roberson et al |
| 1:19-cv-07096 | Harris v. Related Midwest |
| 1:19-cv-07428 | Dean v. Printing Arts |
| 1:19-cv-07565 | La Giglio v. AssuredPartners of Illinois, LLC |
| 1:19-cv-07807 | Larwood et al v. Brown Gibbons Lang & Company Real Estate Partners LLC |
| 1:19-cv-08469 | Mossette v. Cook County Dept. of Corrections et al |
| 1:20-cv-00126 | Carter v. Saul |
| 1:20-cv-00687 | Jwanouskos v. Abbott Laboratories |
| 1:20-cv-00648 | Allton v. School District U-46 |

## Civil Cases Reassigned to Judge Kness from Judge Shah

| | |
|---|---|
| 1:16-cv-04997 | AAA Gaming LLC et al v. Midwest Electronics Gaming, LLC |
| 1:17-cv-04723 | Wells Fargo Bank, National Association v. Worldwide Shrimp Company et al |
| 1:18-cv-04123 | Hartford Fire Insurance Company v. Aaron Industries, Inc. |
| 1:18-cv-04787 | Pearlshire Capital Group, LLC v. Zaid |
| 1:19-cv-00312 | Durrett v. City of Chicago et al |
| 1:19-cv-02819 | Coleman v. Waxler et al |
| 1:19-cv-03897 | Park v. Assi Plaza Chicago, Inc. |
| 1:19-cv-07020 | Rangel v. Twitter Foundation et al |
| 1:19-cv-07468 | Admiral Insurance Company v. J.R. Plaza Hotel II, Inc. et al |
| 1:19-cv-07508 | HB Productions, Inc. v. Does 1-25 |
| 1:20-cv-00051 | Henigan v. Dart et al |
| 1:20-cv-00290 | Artisan & Truckers Casualty Co. v. Dollar Tree Stores Inc et al |
| 1:20-cv-00581 | Herman v. Saul |

### Civil Cases Reassigned to Judge Kness from Judge Tharp

| | |
|---|---|
| 1:15-cv-10655 | Williamson v. Dorethy |
| 1:17-cv-03997 | Johnson v. Pfister |
| 1:17-cv-06097 | Price v. International Paper Company |
| 1:18-cv-03295 | Pearson v. City of Chicago et al |
| 1:18-cv-04402 | Hope v. Ford Motor Company |
| 1:18-cv-06378 | Delgado v. City of Chicago et al |
| 1:19-cv-01335 | Thomas v. Shevlin et al |
| 1:19-cv-03200 | Potter v. Wilke |
| 1:19-cv-04819 | Quadri v. Meijer |
| 1:19-cv-06251 | Coleman v. Dart et al |
| 1:19-cv-07287 | Blassingame et al v. City of Chicago et al |
| 1:19-cv-08367 | Brotherhood of Maintenance of Way Employes Division of the International Brotherhood of Teamsters v. BNSF Railway Company |
| 1:20-cv-00533 | Generations at Elmwood Park, Inc. et al v. Ezike et al |

### Civil Cases Reassigned to Judge Kness from Judge Wood

| | |
|---|---|
| 1:14-cv-03259 | Paul v. Chicago Transit Authority |
| 1:16-cv-01893 | Washington v. Boudreau et al |
| 1:16-cv-01970 | Hood v. City of Chicago et al |
| 1:16-cv-04866 | Doe v. Board of Education for Indian Prairie School District # 204 et al |
| 1:17-cv-04709 | Wieringa v. Saul |
| 1:17-cv-05661 | Abayomi v. Shulkin |
| 1:18-cv-03077 | Trustee Of The District Council No. 14 Metal Polishers 401(k) Retirement Plan Fund et al v. Frank Lawnicki et al |
| 1:18-cv-07770 | Beasly v. Michaels Store, Inc. et al |
| 1:19-cv-01374 | Howe v. Speedway LLC et al |
| 1:19-cv-05359 | Herrin v. Mensa Capital Investments, LLC et al |
| 1:19-cv-06345 | Griffin v. Saul |
| 1:19-cv-07603 | Aboqaoud v. McAleenan et al |
| 1:19-cv-08254 | Sopron v. Cassidy et al |
| 1:20-cv-00478 | Simmons v. City of Chicago et al |