IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAROLD STONE and JOHN WOESTMAN, for themselves and others similarly-situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC, <br><br> Plaintiffs, <br><br> v. <br><br> SIGNODE INDUSTRIAL GROUP LLC and ILLINOIS TOOL WORKS INC., jointly and severally, <br><br> Defendants. _____/ | Case No. 17-cv-05360 <br> Class Action <br><br> John F. Kness <br> United States District Judge |

**SCHEDULING ORDER REGARDING CLASS CERTIFICATION,
CLASS NOTICE, DAMAGES AND REMEDIES,
AND OTHER PROCEEDINGS**

In this ERISA/LMRA retiree healthcare class action, the Court previously granted summary judgment as to liability in favor of plaintiffs and against defendants Signode and ITW. (**R.55**). This Court issued a permanent injunction directing defendants to reinstate the promised healthcare. (**R.64**). Pending defendants' appeal, this Court issued a stay "as to damages and remedies, discovery, class certification, and requests for fees and costs" and other open matters. (**R.65**). The Seventh Circuit has now affirmed that ruling and injunction. (**R.116**).

The stay order called for a post-appeal conference to schedule "further proceedings" regarding damages and remedies, related discovery, class certification, fees, costs, and expenses, and other post-liability matters. (**R.65**). Accordingly, the

Court received the parties' Joint Status Report (**R.129**) and held a June 22 conference (**R.132**).

In view of the above-noted rulings, and having considered the parties' views,

**IT IS ORDERED (1)** that the stay (**R.65**) is lifted and **(2)** that the following schedule governs.

| Event | Deadline |
|---|---|
| Class certification motion or stipulation | September 25, 2020 |
| Response to class certification motion (if filed) | Within 30 days of motion |
| Reply in motion in support of class certification (if filed) | Within 14 days of response |
| Distribution of Court-approved notice to class members | To be determined (as needed) |
| Plaintiffs' initial submissions to defendants regarding claimed damages/remedies, and identification of proposed discovery topics | January 29, 2021 |
| Status report to Court regarding: (a) any disputed claims for damages/remedies; and (b) any disputed discovery topics, for purposes of setting briefing schedule | February 26, 2021 |
| Conference with the Court | To be determined |
| Close of fact discovery regarding damages and remedies, and other open matters | To be set by the Court following submission of the February 26 report |
| Disclosure of plaintiffs' expert report(s) | To be set by the Court following submission of the February 26 report |
| Disclosure of defendants' expert report(s) | To be set by the Court following submission of the February 26 report |
| Depositions of experts | To be set by the Court following submission of the February 26 report |
| Dispositive motions | To be set by the Court following submission of the February 26 report |

| Trial or Hearing on any remaining disputed damages/ and remedies questions and other open matters | To be set by the Court following submission of the February 26 report |
|---|---|
| Fees and costs motion | After final judgment, per Rule 54(d)(2) and LR 54.3 |

SO ORDERED in No. 17-cv-05360.

Date: July 21, 2020

_____
JOHN F. KNESS
United States District Judge