IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAROLD STONE and JOHN WOESTMAN, for themselves and others similarly-situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNODE INDUSTRIAL GROUP LLC and ILLINOIS TOOL WORKS INC.,<br><br>Defendants. | No. 1:17-cv-05360<br><br>Hon. John F. Kness |

**DEFENDANTS' MOTION TO SET BRIEFING
SCHEDULE ON PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE**

Defendants Signode Industrial Group, LLC ("Signode") and Illinois Tool Works, Inc. ("ITW") (collectively, "Defendants"), respond preliminarily to Plaintiffs' Motion for Rule 16 Conference (1) to Resume Discussion About Court-Appointment of a Special Master and (2) to Otherwise Address Remedies Serving Economy and Efficiency, Reducing Delay, and Enhancing Fairness (the "Motion") (Dkt. 140, "Mot."), by requesting that the Court set a briefing schedule allowing Defendants at least 21 days to respond to the Motion. In support of this request, Defendants state as follows:

1

1. In the afternoon of Tuesday, October 20, 2020, counsel for Plaintiffs contacted counsel for Defendants, notifying Defendants that Plaintiffs planned to file a motion requesting that the Court hold a Rule 16 conference. (Ex. 1, Declaration of Joseph J. Torres, at ¶ 2.) Plaintiffs asked whether Defendants would consent to the Motion, and if not, proposed a briefing schedule. (*Id.*)

2. Before counsel for Defendants was able to confer with his clients and respond to Plaintiffs' email, Plaintiffs filed the Motion. (*Id*. at ¶ 3.)

3. Defendants oppose the substance of Plaintiffs' Motion. Under this Court's standing order, if a motion is opposed "the moving party must propose a briefing schedule in the motion."

4. Because Plaintiffs did not propose a briefing schedule in the Motion, Defendants request that the Court set a briefing schedule allowing Defendants at least 21 days to respond to the Motion, and setting any other deadlines the Court deems appropriate.

Dated: October 22, 2020

Respectfully submitted,

SIGNODE INDUSTRIAL GROUP LLC and ILLINOIS TOOL WORKS INC.

By: _____/s/ Joseph J. Torres_____
       One of Their Attorneys

Joseph J. Torres
Emma J. O'Connor
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 840-8685
jtorres@jenner.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 22, 2020 he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Northern District of Illinois of the United States District Court using the CM/ECF system and thereby served upon:

      John G. Adam
      Legghio & Israel, P.C.
      306 South Washington, Suite 600
      Royal Oak, Michigan 48067
      jga@legghioisrael.com

      Stephen A. Yokich
      Dowd, Bloch, Bennett, Cervone,
       Auerbach & Yokich
      8 S. Michigan Ave., 19th Floor
      Chicago, Illinois 60603
      syokich@laboradvocates.com


      */s/ Joseph J. Torres*
         Joseph J. Torres