# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HAROLD STONE and JOHN WOESTMAN, for themselves and others similarly-situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SIGNODE INDUSTRIAL GROUP LLC and ILLINOIS TOOL WORKS INC.,<br><br>*Defendants*. | No. 1:17-cv-05360<br><br>Hon. John F. Kness |

## DECLARATION OF JOSEPH J. TORRES IN SUPPORT OF DEFENDANTS' MOTION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE

Joseph J. Torres hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Jenner & Block LLP. I am counsel of record for Defendants in the above-captioned matter. I am a licensed member in good standing of the bar of the State of Illinois.

2. On October 20, 2020, at 2:39 p.m., counsel for Plaintiffs e-mailed me, stating that Plaintiffs planned to file a motion requesting that the Court hold a Rule 16 conference, and asking whether Defendants would consent to the motion. If Defendants did not consent, Plaintiffs proposed a briefing schedule.

3. Before I had a chance to confer with my client or respond to counsel's inquiry, Plaintiffs filed their motion.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on October 22, 2020

                                                  */s/ Joseph J. Torres*
                                                   Joseph J. Torres