**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HAROLD STONE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-05360 |
| | ) | |
| SIGNODE INDUSTRIAL GROUP LLC, et al., | ) | Hon. John Kness |
| | ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Defendants Illinois Tool Works Inc. and Signode Industrial Group LLC ("Signode") (collectively, "Defendants") together with Plaintiffs (collectively, the "Parties"), submit the following joint status report pursuant to the Court's April 18, 2022 Minute Order (R. 200):

1.      Plaintiffs in this matter filed suit in 2017, alleging that Defendants breached a labor contract when they terminated the Plaintiffs' retiree healthcare benefits. *Stone, et al. v. Signode Indus. Grp. LLC*, 943 F. 3d 381, 384 (7th Cir. 2019); (*see also* R. 1.)  On March 13, 2019, this Court granted summary judgment to Plaintiffs on liability (R. 55, 56) and, on March 26, 2019, issued a permanent injunction, ordering Signode to "reinstat[e] the healthcare benefits that were in effect before January 1, 2016" under the 2002 Agreement.  (R. 64 at 1.)  Defendants appealed this decision to the Seventh Circuit (R. 66), and the Seventh Circuit affirmed. *Signode Indus. Grp. LLC*, 943 F. 3d at 383, 390.

2.      In September and October 2020, Plaintiffs served document requests and interrogatories on Signode and ITW, respectively.  Defendants objected to the requests as not

proportional to the needs of the case because they did not relate to the remaining damages issues in the matter, and did not produce documents in response to the Requests.

3.      On December 3, 2020, Plaintiffs filed a motion to compel responses to their discovery requests. (R. 149, 150.) Defendants timely responded. (R. 152.)

4.      On July 9, 2021, Magistrate Judge Cox issued an Opinion and Order on Plaintiffs' motion to compel. (Dkt. 175.) In that order, Magistrate Cox granted Plaintiffs' motion to compel to the extent it sought responses to the requests seeking facts related to equitable remedies, but denied Plaintiffs' motion to the extent it sought responses to the requests related to injunction compliance. (*Id.*) On February 9, 2022, the District Court affirmed Magistrate Cox's order. (Dkt. 195.)

5.      On March 1, 2022, in light of the District Court's February 9, 2022 order, the Parties filed a Joint Motion to Revise the Discovery Schedule. (R. 196.) In that motion, they explained that they would now need time to complete fact discovery on remedies, and assess expert needs in light of that discovery. Accordingly, they requested the following deadlines: Defendants' expert report due by June 20, 2022; Deposition of expert witnesses must be complete by July 29, 2022; Discovery closes on August 23, 2022. (*Id.* ¶20.)

6.      On March 2, 2022, Magistrate Cox granted the relief requested in the Parties' Joint Motion to Revise the Discovery Schedule and set the above-requested deadlines. (R. 197.)

7.      On March 18, 2022, Defendants served document requests on remedies on Plaintiffs. Plaintiffs have since requested until April 29, 2022 to serve responses to the document requests.

8.      On March 31, 2022, Defendants contacted Plaintiffs to request that Plaintiffs agree to the entry of the Court's Model Confidentiality Order prior to the production of certain financial

documents and documents containing personal identity information. Despite numerous correspondences, and two Zoom video meet-and-confers regarding the entry of a confidentiality order, the Parties have not reached an agreement on the entry of a confidentiality order. Defendants, accordingly, plan to file a Motion for Entry of a Confidentiality Order simultaneously with this Status Report.

9.      On April 15, 2022, Plaintiffs filed a Motion to Compel Compliance with the District Court's February 9, 2022 Order.  (R. 199.)

10.      On April 18, 2022 Magistrate Cox denied Plaintiffs' motion to compel without prejudice because Plaintiffs had not met and conferred with Defendants to resolve the dispute at issue. (R. 200.)  Magistrate Cox further noted that there is no Court-ordered deadline for the discovery Plaintiffs seek, and ordered the Parties to meet and confer to discuss a proposed deadline for such discovery and to file an updated joint status report on today's date with "a proposed discovery schedule necessary to complete discovery in this matter." (*Id.*)

11.      Counsel for Defendants and counsel for Plaintiffs met and conferred, over Zoom video conference, on April 19, 2022 and again on April 21, 2022.

12.      On April 22, 2022, Defendants produced a first batch of documents in response to Plaintiffs' fall 2020 document requests to which the Court ordered Defendants respond in its February 9, 2022 order.  Moreover, Defendants note that in 2018, Defendants produced 4,329 pages of documents in response to Plaintiffs' prior discovery requests, many of which are responsive to Plaintiffs' current requests.[1]  Defendants stand ready to produce an additional batch

---

[1] Defendants will state in their amended written responses to Plaintiffs' most recent document request the specific documents that were previously produced that are responsive to these requests.

of documents once the issues related to the confidentiality order are resolved. Defendants also

anticipate at least one other production of non-confidential documents.

      13.     **The Parties Proposed Timetable**.

In response to Magistrate Cox's April 18, 2022 Minute Entry, the parties agree to this

timetable:

A.     In response to Plaintiffs' fall 2020 document requests and interrogatories, Defendants must answer the interrogatories and produce all responsive documents, indicating what request the documents are responsive to, by May 13, 2022;

B.     Defendants must produce the documents it deems confidential within 7 days of the Court's order addressing Defendants' motion for a confidentiality order; and

C.     In light of this the Parties request the court modify the current scheduling order (Dkt. 197) as follows (new dates in bold):

    i.  Exchange of rebuttal expert reports due: from 6/20/22 to **7/29/2022**.
    ii.  Depositions of expert witnesses completed by: from 7/29/22 to **9/12/2022**.
    iii.  Discovery closes: from 8/23/22 to **10/7/2022**.

Dated: April 25, 2022               Respectfully submitted,

                                    SIGNODE INDUSTRIAL GROUP LLC and ILLINOIS TOOL WORKS INC.

                                    By:    */s/ Joseph J. Torres*
                                           One of Their Attorneys

                                    Joseph J. Torres
                                    Jennifer T. Beach
                                    Jenner & Block LLP
                                    353 North Clark Street
                                    Chicago, IL 60654
                                    (312) 840-8685
                                    jtorres@jenner.com

                                    By:    */s/ John G. Adam*
                                    John G. Adam
                                    Law Office of John G. Adam, PLLC
                                    423 N. Main Street, Suite 200
                                    Royal Oak, MI 48067

248-227-9898
jgabrieladam@gmail.com

Stuart M. Israel
Stuart M. Israel, PLLC
28857 Still Valley
Farmington Hills, MI 48334
248-990-0980
smi@smisrael.com

Stephen A. Yokich (6181707)
Dowd, Bloch, Bennett, Cervone,
  Auerbach & Yokich
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
(312) 372-1361
syokich@laboradvocates.com

Attorneys for Plaintiffs and
Prospective Class Counsel

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2022, he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Northern District of Illinois of the United States District Court using the CM/ECF system and thereby served upon all parties participating in the CM/ECF system.


/s/  *Joseph J. Torres*
Joseph J. Torres