## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Harold Stone, et al.

                              Plaintiff,

v.                                               Case No.: 1:17−cv−05360
                                                   Honorable John F. Kness

Signode Industrial Group LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 5, 2022:

      MINUTE entry before the Honorable Susan E. Cox: Defendant's Motion to File Instanter a Reply in Support of Their Motion for Entry of Confidentiality Order [207] is granted. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.